# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16cr1284-MMA-4 |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| DAMIAN PARTIDA, | |
| Defendant. | [Doc. No. 140] |

Defendant Damian Partida moves for early termination of his term of supervised release. *See* Doc. No. 140. To date, Defendant has served two-thirds of the term imposed by the Court. *See id* at 1. According to Defendant, United States Probation and the government do not oppose Defendant's motion. *See id*.

After considering the factors set forth in Title 18, section 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

Upon due consideration of the applicable statutory factors, the Court **GRANTS** Defendant's motion and **ORDERS** that his remaining term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date this Order is filed.

**IT IS SO ORDERED**.

DATE: June 29, 2020

HON. MICHAEL M. ANELLO
United States District Judge