UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16cr1284-MMA-4 |
|---|---|
| Plaintiff, | |
| v. | **AMENDED ORDER OF CRIMINAL FORFEITURE** |
| DAMIAN PARTIDA (4), | |
| Defendant. | |

On January 13, 2017, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of Defendant DAMIAN PARTIDA ("Defendant") in the following properties:

    a) One (1) Savage Firearm .32 semiautomatic pistol bearing Serial No. 117987;

    b) One (1) .38 special Colt revolver bearing Serial No. 21435M; and

    c) One (1) Smith & Wesson .32 revolver bearing Serial No. 54973.

For thirty (30) consecutive days ending on February 27, 2017, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G (4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the

final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

On January 19, 2018, Notice of Order of Forfeiture was sent by Federal Express as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Rashawn Thomas c/o Thomas Paul Matthews, Esq. 110 West C Street, Suite 1201 San Diego, CA 92101 | 771271282473 | Marked as received on 1/23/18. |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of DAMIAN PARTIDA and any and all third parties in the following properties are hereby condemned, forfeited, and vested in the United States of America:

    a) One (1) Savage Firearm .32 semiautomatic pistol bearing Serial No. 117987;

    b) One (1) .38 special Colt revolver bearing Serial No. 21435M; and

    c) One (1) Smith & Wesson .32 revolver bearing Serial No. 54973.

IT IS FURTHER ORDERED that costs incurred by Homeland Security Investigations ("HSI") and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

//
//
//

IT IS FURTHER ORDERED that HSI shall dispose of the forfeited properties according to law.

**IT IS SO ORDERED**.

Dated: November 8, 2021

*Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge